UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN DOE**, )<br>)<br>*Petitioner,* )<br>)<br>v. )<br>)<br>**CALEB VITELLO**, Acting Director, United States )<br>Immigration and Customs Enforcement; )<br>**PATRICIA HYDE**, Field Office Director, Enforcement )<br>and Removal Operations, Boston Field Office, United )<br>States Immigration and Customs Enforcement; )<br>**PETER KOUTOUJIAN**, Sheriff, Middlesex Sheriff's )<br>Office; and )<br>**JOSEPH MCDONALD**, Sheriff, Plymouth County )<br>Correctional Facility. )<br>)<br>*Respondents.* )<br>) | Civil Action No. 1:25-cv-10422 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties hereby stipulate to dismiss the petition for writ of habeas corpus without prejudice. Petitioner was transferred to the Waltham District Court on April 23, 2025, for his trial and therefore the government has provided the remedy sought through his petition.

| *Pro Bono* Counsel for Petitioner: | For the Respondent: |
|---|---|
| /s/ Mary Holper<br>Mary P. Holper, BBO # 601088<br>*Boston College Law School Immigration Clinic*<br>885 Centre Street, Newton, MA 02459-1148<br>Phone: 617-552-4573, Fax: 617-552-0593 | LEAH B. FOLEY<br>United States Attorney<br>/s/Mark Sauter<br>Mark Sauter<br>Assistant United States Attorney<br>United States Attorney's Office |

| | |
|---|---|
| mary.holper@bc.edu<br><br>/s/ Patricia Rodican<br>Patricia Rodican, *Student Attorney*<br>*Boston College Law School*<br>rodican@bc.edu<br>Leave to appear pursuant to Local Rule 83.5.4, Practice By Law Students, granted Apr. 23, 2025 | 1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Email: mark.sauter@usdoj.gov |

Dated:  April 24, 2025